JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARY S. ANDERSON-REESE, | ) | NO. CV 13-6898-SVW (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| D.K. JOHNSON, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:   March 29, 2016

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE